No. 294. PAYNE *v.* KIRCHWEHM. October 11, 1943. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Alaska Packers Assn.* v. *Industrial Commission,* 294 U. S. 532, 547; *Pacific Insurance Co.* v. *Industrial Commission,* 306 U. S. 493, 502; (2) *Michigan Insurance Bank* v. *Eldred,* 130 U. S. 693, 696; *Platt* v. *Wilmot,* 193 U. S. 602, 610; *Guaranty Trust Co.* v. *United States,* 304 U. S. 126, 136. *Messrs. Sigmund H. Steinberg* and *William K. Gardner* for appellant. *Mr. Wayland K. Sullivan* for appellee.

No. 308. HUGHES ET AL. *v.* GUST. October 11, 1943. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. *Mr. Thomas O. Marlar* for appellants. *Mr. J. L. Gust* for appellee.

No. —. BENTZ *v.* MICHIGAN. October 11, 1943. The petition for appeal is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 9, original. KANSAS *v.* MISSOURI. October 11, 1943. The report of the Special Master herein is received and ordered to be filed.